DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JOSE LUIS PANTOJA-CORDOBA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR-S-09-00004-EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| JOSE LUIS PANTOJA-CORDOBA, | ) |
| Defendant. | ) Date: January 30, 2009<br>) Time: 10:00 a.m.<br>) Judge: Hon. Edward J. Garcia |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE, JR., Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of January 30, 2009 be vacated, and the matter be set for status conference on February 13, 2009 at 10:00 a.m.

　　　Counsel for Mr. Pantoja-Cordoba is awaiting receipt of a PSR from probation, and negotiations are continuing between the parties for a proposed plea offer.

　　　Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 13, 2009 pursuant to

1. 18 U.S.C. §3161(h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: January 28, 2009

                                                Respectfully submitted,

                                                DANIEL J. BRODERICK
                                                Federal Public Defender

                                                /s/ Linda C. Harter
                                                LINDA C. HARTER
                                                Chief Assistant Federal Defender
                                                Attorney for Defendant
                                                JOSE LUIS PANTOJA-CORDOBA

Dated: January 28, 2009           LARRY BROWN
                                                Acting United States Attorney

                                                /s/ Linda C. Harter for
                                                DANIEL MCCONKIE, JR.
                                                Assistant U.S. Attorney
                                                Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 13, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: January 29, 2009

                                                /s/ Edward J. Garcia
                                                EDWARD J. GARCIA
                                                United States District Judge