```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  LINDA C. HARTER, Bar #179741
    Chief Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California  95814
    Telephone: (916) 498-5700
 5
    Attorney for Defendant
 6  JOSE LUIS PANTOJA-CORDOBA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>JOSE LUIS PANTOJA-CORDOBA,<br><br>        Defendant. | NO. CR-S-09-00004-EJG<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: March 13, 2009<br>Time: 10:00 a.m.<br>Judge: Hon. Edward J. Garcia |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, DANIEL MCCONKIE, JR., Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of March 13, 2009 be vacated, and the matter be set for status conference on April 17, 2009 at 10:00 a.m.

The government's proposed plea offer has been reviewed and discussed with Mr. Pantoja-Cordoba who requests more time to consider the offer. Additionally, defense counsel will be in trial the latter part of March until the first part of April.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including April 17, 2009 pursuant to 18 U.S.C. §3161(h)(8)B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: March 9, 2009

Respectfully submitted,

DANIEL J. BRODERICK
Federal Public Defender

/s/ Linda C. Harter
LINDA C. HARTER
Chief Assistant Federal Defender
Attorney for Defendant
JOSE LUIS PANTOJA-CORDOBA

Dated: March 9, 2009                LARRY BROWN
                                    Acting United States Attorney

/s/ Linda C. Harter for
DANIEL MCCONKIE, JR.
Assistant U.S. Attorney
Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including April 17, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: March 9, 2009

/s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge